No. 73–1301. BORDEN ET AL. v. DIRECTOR, DEPART-MENT OF ASSESSMENTS AND TAXATION OF MARYLAND, ET AL. Ct. App. Md. Certiorari denied.

No. 73–1306. STARNES v. NORFOLK & WESTERN RAIL-WAY Co. C. A. 4th Cir. Certiorari denied.

No. 73–1312. BARR ET AL. v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 73–1331. SIMMONS v. BUDDS ET AL. Sup. Ct. Conn. Certiorari denied.

No. 73–1384. ARDAC, INC. ET AL. v. MICRO-MAGNETIC INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied.

No. 73–5660. GARCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5699. WATSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5710. ENRIQUEZ v. UNITED STATES;
No. 73–5853. BARRERA ET AL. v. UNITED STATES; and
No. 73–5874. PINTO, AKA BEN SADOUN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–5720. WHIPPLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5752. BAXTER ET AL. v. UNITED STATES; and
No. 73–5769. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.